E-FILED
Monday, 04 May, 2026 04:08:57 PM
Clerk, U.S. District Court, ILCD

**United States District Court**
**Northern District of Illinois**

| | |
|---|---|
| MORGAN COLE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Farmington Farm and Garden, Inc.,<br><br>Defendant. | Case No.: 4:26-cv-4066<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: May 4, 2026

EQUAL ACCESS LAW GROUP, PLLC

Attorneys for Plaintiff

/s/ David B. Reyes__________
By: By: David B. Reyes, Esq.
4903 Avenue N,
Brooklyn NY 11234
O: 844-731-3343
D: 718-554-0237
Email: dreyes@EALG.law