E-FILED
Monday, 22 June, 2026 05:18:06 PM
Clerk, U.S. District Court, ILCD

**United States District Court**
**Central District of Illinois**

MORGAN COLE, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

Farmington Farm and Garden, Inc.,

Defendant.

Case No.: 4:26-cv-4066

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: June 22, 2026

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn NY 11234
D: 718-554-0237
Email: Dreyes@ealg.law
*Attorneys for Plaintiff*

**/s/ Nolan Klein**
By: Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A..
1213 S.E. Third Ave,
Fort Lauderdale, FL 33316
Telephone: (954) 745-0588
Email: klein@nklegal.com
*Attorneys for Defendant*